Shaye Diveley (SBN: 215602)
sdiveley@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for LAPTALO ENTERPRISES, INC.,
dba JL PRECISION

IT IS SO ORDERED
[signature]
Judge Yvonne Gonzalez Rogers
3/5/2019

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAPTALO ENTERPRISES, INC., dba JL PRECISION, a California Corporation; JAKOV LAPTALO, an individual; MICHAEL LAPTALO, an individual; CARL ITALIANO, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 4:18-cv-05544-YGR<br><br>**STIPULATION TO EXTEND DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Crtrm.: 1, 4th Floor<br><br>Trial Date:　None Set |

4:18-cv-05544-YGR

Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP LLC ("Plaintiff") and Defendant LAPTALO ENTERPRISES dba JL PRECISION ("Defendant") through their attorneys of record, hereby stipulate as follows:

On January 16, 2019, Plaintiff filed an Amended Complaint for Injunctive and Declaratory Relief, Civil Penalties and Remediation. In response, Defendant filed a Motion to Dismiss, which is scheduled to be heard on March 19, 2019. The Court has scheduled the initial case management conference on April 25, 2019. Based on upcoming events, the parties stipulate that it is in the best interests to extend the time period to exchange initial disclosures, which is currently due on February 28, 2019.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that the deadline to exchange initial disclosures to Federal Rules of Civil Procedure Rule 26(a)(1) is hereby extended to April 30, 2019.

DATED: February 28, 2019          MEYERS, NAVE, RIBACK, SILVER & WILSON

                                  By:  s/Shaye Diveley
                                       Shaye Diveley
                                       Attorneys for LAPTALO ENTERPRISES, INC.,
                                       dba JL PRECISION

DATED: February 28, 2019

                                  By:  _____
                                       Hans W. Herb
                                       Attorneys for Eden Environmental Citizen's
                                       Group, LLC

3197607.1