UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDEN ENVIRONMENTAL CITIZEN'S GROUP LLC, | Case No. 18-cv-05544-YGR |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| LAPTALO ENTERPRISES, INC., et al., | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following dates at the 6/3/19 Case Management Conference:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 4, 2019 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE HIXSON FOR SETTLEMENT CONFERENCE TO BE COMPLETED BY: | September 2, 2019 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 6/17/19 or by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | October 1, 2019 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: October 1 2019<br>Rebuttal: October 15, 2019 |
| EXPERT DISCOVERY CUTOFF: | November 1, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | Heard January 14, 2020; filed by November 15, 2019 |
| CROSS-MOTIONS SCHEDULE: | Plaintiff Opening Brief filed November 15, 2019 |
| | Defendant Cross- Motion and Opposition to Plaintiff's Motion filed December 6, 2019 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| | Plaintiff's Reply in support of its own motion and Opposition to Cross-Motion filed December 13, 2019 |
| | Defendant's Reply filed December 20, 2019 |
| | Hearing on Cross-Motions set January 14, 2020 at 2:00pm |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 18, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge