UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDEN ENVIRONMENTAL CITIZEN'S GROUP LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **LAPTALO ENTERPRISES, INC., ET AL.**, <br><br> Defendants. | Case No. 18-cv-05544-YGR <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND OR STAY EXPERT DISCOVERY DEADLINES AND CONTINUING STATUS CONFERENCE** <br><br> Re: Dkt. No. 98 |

On November 19, 2019, the Court participated in a telephone conference with the parties regarding the parties' briefing and the schedule of this case. (Dkt. Nos. 98 (administrative motion to extend or stay), 99 (response).) The Court agreed with the parties that the parties should be permitted an opportunity to determine whether settlement is possible before proceeding to the close of expert discovery and to the summary judgment stage. Accordingly, the Court **GRANTS** defendants' administrative motion to stay expert discovery deadlines. All deadlines in this matter are **STAYED**, and will be reset at the next status conference.

The Court further continues the status conference to allow the parties another opportunity to participate in a settlement conference with Magistrate Judge Thomas S. Hixson. Therefore, the status conference currently set for December 4, 2019 is **CONTINUED** to **February 3, 2020** at **3:00 PM** in in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

This Order terminates Docket Number 98.

**IT IS SO ORDERED.**

Dated: November 19, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge

cc: Magistrate Judge Hixson